# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHLOE COOPER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 10-2634-JAR-KGG |
| vs. ) | |
| ) | |
| REGENT ASSET MANAGEMENT ) | |
| SOLUTIONS–KANSAS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

The requirements of D. Kan. Rule 83.5.5 having been met, the Motion to Withdraw as Counsel (Doc. 21) filed by Attorneys James C. Sullivan, Robert J. Hingula, and the law firm of Polsinelli Shugart, PC is hereby **GRANTED**.

Attorneys Sullivan and Hingula (and their law firm, Polsinelli Shugart) have represented the corporate Defendants Regent Asset Management Solutions – Kansas, LLC, Regent Asset Management Solutions North America, LLC, Regent Asset Management Solutions, Inc., Michael Scata, and Matt Duprey. With Defendants' counsel of record now having been allowed to withdraw, the Defendant corporations have no attorney representing them in this case. It is well-established in this circuit that a corporation or partnership may only appear in a court by a licensed attorney.

*Flora Constr. Co. v. Fireman's Fund Ins. Co.*, 307 F.2d 413, 414, 414 n.1 (10th Cir. 1962) (citing a score of cases in support of this proposition); *Nato Indian Nation v. Utah*, No. 02-4062, 2003 WL 21872551, at *1 (10th Cir. Aug. 8, 2003); *cf.* **Harrison v. Wahatoyas, L.L.C.**, 253 F.3d 552, 556 (10th Cir. 2001) (reiterating the general rule in the circuit, but holding that a notice of appeal may be signed by a corporate officer as long as a lawyer "promptly" enters a formal appearance on behalf of the corporate entity).

Further proceedings in this case are hereby stayed until **September 6, 2011**, to allow Defendants an opportunity to obtain counsel to appear of record on their behalf.

The Clerk of the Court shall send a copy of this Order to Defendants Regent Asset Management Solutions – Kansas, LLC, Regent Asset Management Solutions North America, LLC, Regent Asset Management Solutions, Inc., Michael Scata, and Matt Duprey, by certified mail, return receipt requested.

**IT IS SO ORDERED**

Dated this 3rd day of August, 2011, at Wichita, Kansas.

    s/ Kenneth G. Gale
    KENNETH G. GALE
    U.S. MAGISTRATE JUDGE